[No. 49093-1-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03030-9, Larry A. Jordan, J., entered August 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49450-3-I.   Division One.   July 21, 2003.]

*In the Matter of the Marriage of* HELENE S. RUBENS, *Respondent*, and ROBERT R. RUBENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-3-00509-3, George N. Bowden, J., entered October 1, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 49613-1-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICO AMON O'CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03106-2, Jeffrey M. Ramsdell, J., entered October 30, 2001. *Affirmed* by unpublished per curiam opinion.